# United States District Court
# District of Massachusetts

DEEPA SONI, M.D.,
    Plaintiff,

V.                                               CIVIL ACTION 2008-11875-NG

BRIGHAM AND WOMEN'S HOSPITAL, INC.,
ARTHUR DAY, M.D.,
THE CHILDREN'S HOSPITAL CORP.,
MARK PROCTOR, M.D.,
PRESIDENT AND FELLOWS OF
    HARVARD COLLEGE,
    Defendants.

## ORDER ON DEFENDANTS BRIGHAM AND WOMEN'S HOSPITAL, INC., CHILDREN'S HOSPITAL AND MARK PROCTOR, M.D.'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES (#81)

COLLINGS, U.S.M.J.

    No opposition having been filed, it is ORDERED that the Motion To

Compel (#81) be, and the same hereby is, ALLOWED.

The plaintiff is ORDERED, pursuant to Rule 37(a)(2), Fed. R. Civ. P., to serve full and complete answers to defendants' interrogatories *on or before 1:00 P.M. on Friday, May 14, 2010.*

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed. R. Civ. P.

***THE PLAINTIFF HAS WAIVED ANY AND ALL OBJECTIONS SHE MIGHT HAVE HAD TO THE INTERROGATORIES BY FAILING TO ASSERT OBJECTIONS TO THEM WITHIN THE TIME SET BY THE FEDERAL RULES OF CIVIL PROCEDURE.*** *See* Local Rule 33.1(C)(1) (D. Mass.).

Defendants' counsel may file and serve an affidavit or affidavits setting forth their costs, including reasonable attorney's fees, incurred in obtaining the within Order. The plaintiff may respond to any affidavit or affidavits filed with 14 days of thereafter.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
May 10, 2010.                                       United States Magistrate Judge